IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JIM M. ROSENBALM and KATHLEEN M. ROSENBALM,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC,<br><br>Defendant. | NO. 4:2010-cv-00429<br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Jim M. Rosenbalm requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.


  /*s*/ L. Ashley Zubal
L. Ashley Zubal    AT0009559
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, Iowa  50311
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF

Adam Zlotnick
Richard J. Boudreau & Assoc, LLC
5 Industrial Way
Salem, NH  03079


**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 31 day of January, 2011, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.